AO 442 (Rev. 01/09) Arrest Warrant

| | FILED | RECEIVED |
|---|---|---|
| | ENTERED | SERVED ON |

COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

*10540031*

for the

District of Nevada

JUN 20 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:19-cr- *103* |
| JOSE LUIS REYNALDO REYES-CASTILLO | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JOSE LUIS REYNALDO REYES-CASTILLO                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1959 (a)(1) ~ Murder in Aid of Racketeering
18 U.S.C. § 924(c) ~ Using, Carrying, Discharging a Firearm During a Crime of Violence
18 U.S.C. § 924(j) ~ Causing Death Through the Use of a Firearm
18 U.S.C. § 2 ~ Aiding and Abetting

DEBRA K. KEMPI

**CLERK**

**(By) DEPUTY CLERK**

4/30/19 Las Vegas, NV

**DATE**

| Return | |
|---|---|
| This warrant was received on *(date)* 4/30/2019 , and the person was arrested on *(date)* 6/19/2019 at *(city and state)* LAS VEGAS, NV . | |
| Date: 6/19/2019 | _____ For FBI *Arresting officer's signature* *Printed name and title* |