PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **Las Vegas**
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM

**Ellenrose Jarmolowich**
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(702) 388-6336**

Name of Asst. U.S. Attorney (if assigned)  **SHAHEEN P. TORGOLEY**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Dan Leon ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense | County

CASE NO. 2:19-cr-103 JDM VCF

USA vs.

Defendant: JOSE LUIS REYNALDO REYES-CASTILLO
a/k/a "Molesto"

Page 1 of 2

Address:

FILED          RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 4 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☑ Male  ☐ Alien
☐ Female  (if applicable)

Social Security Number _____

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 34

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | | Count(s) |
|---|---|---|---|---|
| | 18 U.S.C. § 1962(d) | RICO Conspiracy | | 1 |
| | 18 U.S.C. § 1959(a)(1) | Murder In Aid of Racketeering | 5, 12, 16, 19, | 22, 29, 33 |
| | 18 U.S.C. § 924(c)(1)(A)  Use/Carry of | a Firearm During Crime of Violence | 6, 10, 14, 17, 20, | 23, 26, 31 |
| | 18 U.S.C. § 924(j)  Causing Death | Through the Use of a Firearm | 7, 11, 15, 18, | 21, 24, 32 |
| | 18 U.S.C. § 1959(a)(5) | Attempted Murder In Aid of Racketeering | | 8, 25, 27 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☑ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **Las Vegas**
DISTRICT OF NEVADA          Divisional Office

Name and Office of Person **Ellenrose Jarmolowich**
Furnishing Information on    ☐ U.S. Atty  ☐ Other U.S. Agency
THIS FORM                   Phone No. **(702) 388-6336**

Name of Asst.    **SHAHEEN P. TORGOLEY**
U.S. Attorney
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Dan Leon ~ FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
   ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense        County

CASE NO. **2:19-cr-103 JCM VCF**

USA vs.

Defendant: **DAVID ARTURO PEREZ-MANCHAME**

Address: a/k/a "Walter Melendez,"
         a/k/a "Herbi"

Page 2 of 2

☐ Interpreter Required    Dialect: _____

Birth                    ☑ Male    ☐ Alien
Date _____         ☐ Female  (if applicable)

Social Security Number _____

### DEFENDANT

Issue: ☐ Warrant    ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☑ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts **34**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|-----|-----|-----|
| | 18 U.S.C. § 1959(a)(1) | Kidnapping In Aid of Racketeering          13 | |
| | 18 U.S.C. § 2 | Aiding and Abetting | |
| | | | |
| | | | |
| | | | |