JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MELANEE SMITH
JACOB OPERSKALSKI
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
Jacob.Operskalski@usdoj.gov
DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
U.S. Department of Justice
JEREMY I. FRANKER
CHRISTOPHER O. TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice
Jeremy.Franker@usdoj.gov
Christopher.Taylor2@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS REYNALDO REYES-CASTILLO, <br> a/k/a "Molesto," <br><br> DAVID ARTURO PEREZ-MANCHAME, <br> a/k/a "Walter Melendez," <br> a/k/a "Herbi," <br><br> Defendants. | Case No. 2:19-cr-00103-JCM-VCF <br><br> **Notice of Intent Not to Seek the Death Penalty** |

The United States of America, by and through JASON M. FRIERSON, United States

Attorney, and Melanee Smith and Jacob Operskalski, Assistant United States Attorneys; and

1

DAVID L. JAFFE, Chief of the Violent Crime and Racketeering Section, U.S. Department of Justice, and Jeremy Franker and Christopher Taylor, Trial Attorneys, hereby notifies the Court that the United States Department of Justice, Capital Case Section, has directed United States Attorney Frierson to not seek the death penalty as to defendants Reyes-Castillo and Perez-Manchame in the above-captioned case.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/Melanee Smith*
*/s/Jacob Operskalski*
MELANEE SMITH
JACOB OPERSKALSKI
Assistant U.S. Attorney

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section

*/s/Jeremy Franker*
*/s/Christopher Taylor*
JEREMY FRANKER
CHRISTOPHER TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice
